

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY A. BENCIVENGO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12CR0515-CAB |
| Plaintiff, | |
| v. | ORDER CONTINUING SENTENCING HEARING |
| JAIME SANCHEZ-PACHECO, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing set for July 27, 2012, be rescheduled to **August 10, 2012, at 9:00 a.m.**

**IT IS SO ORDERED.**

DATED: 7/24/12

HONORABLE CATHY A. BENCIVENGO
United States District Judge